UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAX CULLINAN,

                        Plaintiff,

        -against-

NEW PROVIDENCE ACQUISITION CORP.,
GARY P. SMITH, ALEXANDER
COLEMAN, TIMOTHY GANNON, DANIEL
GINSBERG, and RICK MAZER,

                        Defendants.

Case No.: 1:21-cv-01064-LGS

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 2, 2021

So Ordered.

Dated: April 5, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*